Joseph Hartmann, Appellant, v. Major L. Younce and Daetta Younce, Appellees.

Gen. No. 47,067. 

First District, Second Division.

October 22, 1957.

Released for publication December 4, 1957.

Goldberg, Levinson & Erickson (Jerome F. Goldberg, and William Levinson, of counsel) for appellant; Demling and Heindl (John P. Demling, of counsel) for appellees. Opinion by JUDGE FEINBERG. Not to be published in full.